## Therm-O-Proof Insulation Manufacturing Company, Marshall Decker and Edward Stange, Appellants, v. Philip Hoffman, Appellee.

### Gen. No. 43,539.

opinion filed November 19, 1946; released for publication December 3, 1946. Arthur J. Goldberg, for appellants; Heth, Lister & Flynn, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**